Annie DICUS, Claimant/Appellant,

v.

HOBBS PIZZA, INC., d/b/a Dominos and Daily Journal, Employers/Respondents,

and

Travelers Indemnity Company of America and Employers Insurance of Wausau, Insurers/Respondents.

Nos. ED 87532, ED 87533.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 19, 2006.

Evan J. Beatty, St. Louis, MO, for appellant.

Stephen M. Prosperi, Deborah L. Hellmann, St. Louis, MO, for respondents.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH ROMINES, JJ.

## ORDER

PER CURIAM.

The claimant, Annie Dicus, appeals the final award of the Labor and Industrial Relations Commission, which adopted the administrative law judge's decision and award of workers' compensation benefits to the claimant for separate injuries she suffered while working for Hobbs Pizza, Inc. and The Daily Journal. We find the final award of the Commission is supported by competent and substantial evidence on the whole record.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The award of the Commission is affirmed. Rule 84.16(b)(4).